[No. 19192–6–I. Division One. December 23, 1987.]

JOAN M. VLASIC, *as Guardian, Appellant,* v. WAYNE D. MAPLES, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Island County, No. 85–2–00233–9, Howard A. Patrick, J., entered September 5, 1986. *Affirmed* by unpublished opinion per Williams, J., concurred in by Webster and Pekelis, JJ.

[No. 20656–7–I. Division One. December 23, 1987.]

GERALD A. SMITH, *Appellant,* v. SEATTLE SCHOOL DISTRICT No. 1, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 86–2–01248–6, Gerard M. Shellan, J., entered December 9, 1986. *Affirmed* by unpublished opinion per Ringold, A.C.J., concurred in by Coleman and Webster, JJ.

[No. 17297–2–I. Division One. December 23, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. KELL NELSON HOUSTON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84–1–03685–7, Gerard M. Shellan, J., entered June 20, 1986. *Affirmed* by unpublished opinion per Ringold, A.C.J., concurred in by Swanson, J., and Cole, J. Pro Tem.